**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**John Michael GRAFFIGNA, Petitioner**

**No. 53 EAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Raheem BROWN, Petitioner**

**No. 43 EAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Eugene JACOBS, Petitioner**

**No. 48 EAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**